FILED

06 OCT 13 AM 8:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS, SR.,<br>CDC #V-69054,<br><br>Plaintiff,<br><br>vs.<br><br>COUNSELOR ROBLES,<br><br>Defendant. | Civil No.   06-2072 LAB (LSP)<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE FOR<br>FAILING TO PAY FILING FEES<br>PURSUANT TO 28 U.S.C. § 1914(a)<br>AND/OR MOVE TO PROCEED<br>*IN FORMA PAUPERIS*<br>PURSUANT TO<br>28 U.S.C. § 1915(a)** |

Christopher Stevens, Sr., ("Plaintiff"), a state inmate currently incarcerated at Chuckawalla State Prison in Blythe, California and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. § 1983.[1]

## I.      Failure to Pay Filing Fee or Request IFP Status

Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

---

[1]    **Referral to Magistrate Judge per Local Civil Rule 72.3.**   This case has been referred to the Honorable Leo S. Papas, Magistrate Judge, pursuant to Local Rule 72.3, "Assignment of § 1983 Prisoner Civil Cases to United States Magistrate Judges" and 28 U.S.C. § 636(b)(1).

1    Here, Plaintiff has neither prepaid the $350 filing fee required to commence this action,

2  nor has he submitted a Motion to Proceed IFP.  Therefore, this action is subject to immediate

3  dismissal pursuant to 28 U.S.C. § 1914(a).[2]

4  **II.    Conclusion and Order**

5    For the reasons set forth above, the Court hereby:

6    (1)    **DISMISSES** this action sua sponte without prejudice for failing to pay the $350

7  filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

8    (2)    **GRANTS** Plaintiff forty-five (45) days leave from the date this Order is "Filed"

9  to:  (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file the attached

10  "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*."

11    If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the

12  attached Motion to Proceed IFP within that time, this action shall remain dismissed without

13  prejudice and without further Order of the Court.

14    (3)    The Clerk of the Court is directed to mail a copy of a form "Motion and

15  Declaration in Support of Motion to Proceed *In Forma Pauperis*" to Plaintiff.

16    **IT IS SO ORDERED.**

17  DATED:  _10 - 12 - 06_            _____

18                 **HON. LARRY ALAN BURNS**
                 United States District Judge

19

20

21

22

23

24

25

26

27

28    [2] Plaintiff has attached his Inmate Trust Account Statement to his Complaint.  Accordingly, it is not necessary for Plaintiff to resubmit this document.